UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2877
_____

UNITED STATES OF AMERICA

v.

THOMAS DAVID WINEBARGER,
                Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 09-cr-00279-1)
District Judge: Honorable Richard P. Conaboy
_____

Submitted Under Third Circuit LAR 34.1(a)
March 18, 2013
_____

Before: SMITH, GREENAWAY, JR., and VAN ANTWERPEN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 18, 2013.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction is

hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

                      ATTEST:

                      <u>/s/ Marcia M. Waldron</u>
                      Marcia M. Waldron, Clerk

Dated:       March 19, 2013